**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 20 2023

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. CR23-1423 KH |
| vs. | ) 18 U.S.C. § 875(c): |
| | ) Interstate Transmission of Threatening |
| MICHAEL DAVID FOX | ) Communication. |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about May 8, 2023, in Dona Ana County and elsewhere, in the District of New Mexico, the defendant, **MICHAEL DAVID FOX** did knowingly transmit in interstate and foreign commerce, a threatening communication to injure another person, with the intent to make a threat or with knowledge that the communication would be viewed as a threat, specifically, a telephonic communication to an active member of the U.S. Congress.

In violation of 18 U.S.C. § 875(c).

ALEXANDER M.M. UBALLEZ
United States Attorney

*[signature]*

LINDY CARPENTER
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304